# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRANDON RAY BURGWIN,              :   No. 75 WM 2016
                                  :
                  Petitioner      :
                                  :
                                  :
                                  :
         v.                       :
                                  :
                                  :
                                  :
COURT OF COMMON PLEAS             :
ALLEGHENY COUNTY,                 :
                                  :
                  Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.